IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Brittany Jenkins, | : |
| | : |
| Plaintiff, | : Civil Action No.: 1:14-cv-08030 |
| v. | : |
| Performant Recovery, Inc.; and DOES 1-10, inclusive, | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against Performant Recovery, Inc. with prejudice and without costs to any party.

Brittany Jenkins

/s/ Sergei Lemberg
Sergei Lemberg, Esq.
LEMBERG LAW, LLC
1100 Summer Street, 3rd Floor
Stamford, CT 06905
(203) 653-2250
slemberg@lemberglaw.com
Attorney for Plaintiff

Performant Recovery, Inc.

/s/ David M. Schultz
David M. Schultz
Jason L. Santos
HINSHAW & CULBERTSON
222 N. LaSalle Street, Suite 300
Chicago, IL 60601
(312) 704-3167
dschultz@hinshawlaw.com
jsantos@hinshawlaw.com
Attorneys for Defendant

_____
SO ORDERED

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 2, 2015, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Northern District of Illinois Electronic Document Filing System (ECF), which sent notice of such filing to the following:

David M. Schultz
Jason L. Santos
HINSHAW & CULBERTSON
222 N. LaSalle Street, Suite 300
Chicago, IL 60601

                                              By /s/ Sergei Lemberg
                                                   Sergei Lemberg