UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Brittany Jenkins
                                              Plaintiff,

v.                                                                     Case No.: 1:14–cv–08030
                                                                             Honorable Matthew F. Kennelly

Performant Recovery, Inc., et al.
                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 9, 2015:

      MINUTE entry before the Honorable Matthew F. Kennelly: Pursuant to the filing of a stipulation of dismissal, this case is dismissed with prejudice. The status hearing set for 2/11/2015 is vacated. Civil case terminated. Mailed notice.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.